IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARIN REIDY,                           *

  Plaintiff,                         *

v.                                     *   Civil Action No. PX–16–2926

THE UNUM LIFE INSURANCE                *
COMPANY OF AMERICA, *et al*.           *

  Defendant(s).

******

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of August, 2018, ORDERED by the United States District Court for the District of Maryland:

1. Defendants' motion for summary judgment, ECF No. 35, is GRANTED;

2. Plaintiff's motion for summary judgment, ECF No. 38, is DENIED;

3. The Clerk is DIRECTED to transmit copies of this Memorandum Opinion and Order to the parties and CLOSE this case.

It is so ORDERED.

8/7/2018                              /s/
Date                                  Paula Xinis
                                      United States District Judge